UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICOLE B., | Case No. 4:24-cv-00219-AKB-REP |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On April 28, 2021, Plaintiff Nicole B. filed an application for Disability Insurance Benefits with the Social Security Administration. Plaintiff's claim was originally denied on November 16, 2021, and again on reconsideration on May 18, 2022. On July 6, 2022, Plaintiff filed a Request for Hearing before an Administrative Law Judge (ALJ). On May 4, 2023, ALJ Luke Brennan held a telephonic hearing (due to the COVID-19 Pandemic), at which time Plaintiff, appearing without the assistance of an attorney or other representative, testified. An impartial vocational expert also appeared and testified at the same hearing. On July 31, 2023, the ALJ issued a decision denying Plaintiff's claim. After exhausting her administrative remedies, Plaintiff sought the Court's review.

On June 20, 2025, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter (Dkt. 16). Pursuant to statute, Judge Patricco gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

**ORDER**

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation entered on June 20, 2025 (Dkt. 16), is **INCORPORATED** and **ADOPTED** in its entirety;

2. The decision of the Commissioner is **AFFIRMED**;

3. The Petition for Judicial Review (Dkt. 1) is **DENIED**, and this action is **DISMISSED**, with prejudice, as outlined in the Report and Recommendation;

4. The Court will enter a separate judgment in favor of Defendant in accordance with Federal Rule of Civil Procedure 58.

DATED: July 08, 2025

Amanda K. Brailsford
U.S. District Court Judge